UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HUGH THOMAS TULLY, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | Case No.: 2:21-cv-00463-RDP |
| } | |
| THE PRUDENTIAL INSURANCE } | |
| COMPANY OF AMERICA, } | |
| } | |
| Defendant. } | |

### ORDER OF DISMISSAL

Before the court is the parties' Joint Notice of Settlement and Request for Stay. (Doc. # 12). It is the court's practice to dismiss a case without prejudice upon learning that a settlement has been reached rather than staying the case pending the filing of a joint stipulation of dismissal. Accordingly, the court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. Further, the parties' request for a stay is **DENIED**. The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than sixty (60) days from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this May 26, 2021.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE